# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-1505
_____

TERRANCE JAMAHL ALLEN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

On appeal from the Circuit Court for Suwannee County.
David W. Fina, Judge.

February 5, 2025


PER CURIAM.

Because our independent review of this record did not reveal any properly preserved meritorious point that might support reversal of the judgment or sentence, and no fundamental error occurred, the judgment and sentence are AFFIRMED. *See Neal v. State*, 142 So. 3d 883, 887 (Fla. 1st DCA 2014); § 924.051(3), Fla. Stat.

ROBERTS, BILBREY, and NORDBY, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————

Jessica J. Yeary, Public Defender, and Kasey Lacey, Assistant Public Defender, Tallahassee, for Appellant; Terrance Jamahl Allen, pro se, Appellant.

Darcy Townsend, Assistant Attorney General, Tallahassee, for Appellee.